IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SAMNANG PHOUK,<br><br>        Petitioner,<br><br>v.<br><br>CHARLIE PETERSON, Warden, Stewart Detention Center, in his official capacity; SEAN GALLAGHER, Atlanta Field Office Director, Immigration and Customs Enforcement, in his official capacity; KIRSTJEN NIELSEN, Secretary of Homeland Security, in her official capacity; and MATTHEW WHITAKER, Acting Attorney General of the United States, in his official capacity,<br><br>        Respondents. | Case No. 4:19-CV-19-CDL-MSH<br><br>28 U.S.C. § 2241 |

## JOINT DISCOVERY PLAN

The parties respectfully submit this Joint Discovery Plan pursuant to this Court's order, dated April 5, 2019, which directed the parties to confer and submit a joint discovery plan within fourteen (14) days (ECF No. 12). The parties have conferred regarding the scope, nature, and duration of the discovery period necessary, and propose the following:

## SCOPE OF DISCOVERY

In accordance with Petitioner Samnang Phouk's Emergency Motion to Authorize Discovery, the scope of the discovery will be limited to the specific requests enumerated in the Memorandum of Points and Authorities submitted in support of the motion (ECF No. 9-1):

1. Any correspondence or record of contact between ICE and any representative of the country or countries to which ICE seeks to send Petitioner ("the receiving country or countries") regarding Petitioner's case;
2. Any documents, records, or memoranda (including in electronic format) in ICE's possession regarding Petitioner's interactions with representatives of the receiving country or countries; and
3. Any information regarding any reasons for the delay in the removal process for Petitioner, including any information provided by the receiving country or countries regarding such reasons for delay.

## **SCHEDULE FOR DISCOVERY**

Respondents shall produce all non-privileged documents and information responsive to the requests by **April 26, 2019.** If Respondents withhold any information or documents on the basis of privilege, Respondents shall also provide Petitioners a privilege log by **April 26, 2019**. Respondents further agree that they will promptly supplement their discovery responses with any further responsive information or documents as they discover new evidence after this date.

Petitioner shall file any motions to compel or other discovery-related motions by **May 3, 2019.** Respondents agree to respond to any discovery-related motions filed by the Petitioner by **May 10, 2019,** and Petitioner agrees to waive his reply to any such motions.

The parties agree that the deadline to complete all remaining discovery will be **seven (7) days after the Court's resolution of any discovery-related motions.**

DATED: April 19, 2019                    Respectfully submitted,

/S/ Phi Nguyen

Phi Nguyen
GA Bar No. 578019
Asian Americans Advancing Justice - Atlanta
5680 Oakbrook Parkway, Suite 148
Norcross, GA 30093

*Attorney for Petitioner Samnang Phouk*

/S/ E. Bowen Reichert Shoemaker

E. Bowen Reichert Shoemaker
Assistant United States Attorney
Georgia Bar No. 222443
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202

*Attorney for Respondents*

SO ORDERED, this 22nd day of April, 2019.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE